The People of the State of New York, Appellant, v. Helen McIlwain, Respondent.

712

Beldock, P. J., Christ, Brennan, Hopkins and Benjamin, JJ., concur.